JGW/JJI: USAO#2019R00518

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 JAN -3 AM 11:41

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. RDB-19-0357** |
| v. | (Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846) |
| **TOY W. ARMSTRONG,** | |
| **Defendant.** | |

## SUPERSEDING INFORMATION

### COUNT ONE
(Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances)

The United States Attorney for the District of Maryland charges that:

Beginning no later than in or about July 2018, and continuing through in or about September 2018, in the District of Maryland, and elsewhere, the Defendant,

**TOY W. ARMSTRONG,**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846
21 U.S.C. § 841(a)(1), (b)(1)(B)(i)

_____
ROBERT K. HUR
United States Attorney